| | |
|---|---|
| 1 | Michael W. Ellison (SBN 145832) |
| | mellison@sehlaw.com |
| 2 | Michael G. Bosko (SBN 162571) |
| | mbosko@sehlaw.com |
| 3 | SMITH ♦ ELLISON |
| | A Professional Corporation |
| 4 | 18881 Von Karman Avenue |
| | Suite 960 |
| 5 | Irvine, California 92612 |
| | Telephone:(949) 442-1500 |
| 6 | Facsimile: (949) 442-1515 |

**IT IS SO ORDERED**

Judge Yvonne Gonzalez Rogers

7/6/2020

Attorneys for Plaintiff
E & E CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| E & E CO., LTD., a California Corporation, | Case No. 4:20-cv-01724-YGR |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ENTIRE CASE** |
| BED BATH N MORE INC., a New York Corporation, and DOES 1 through 10, inclusive, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and as a result of a settlement between the parties, Plaintiff E & E CO., LTD voluntarily dismisses, <u>with prejudice</u>, the above-captioned action in its entirety.

DATED:  June 29, 2020

Michael W. Ellison
Michael G. Bosko
SMITH ♦ ELLISON


By  /S/   MICHAEL W. ELLSON
              Michael W. Ellison
Attorneys for Plaintiff E & E CO., LTD.

dismissal.not.docx

Notice of Dismissal

# CERTIFICATE OF SERVICE

1. I am employed with the law firm of Smith ♦ Ellison, whose address is 18881 Von Karman Avenue, Suite 960, Irvine, California 92612; I am not a party to the cause; I am over the age of eighteen years.

2. I hereby certify that on this 29th day of June 2020, I electronically filed the following document with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ENTIRE CASE**

3. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. On this 29th day of June 2020, I caused for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Smith ♦ Ellison's business practice the document described above will be deposited with the United States Postal Service on the same date that it is placed at Smith ♦ Ellison with postage thereon fully prepaid for collection and mailing on the following non-CM/ECF participants:

| | |
|---|---|
| Gerry Grunsfeld, Esq.<br>Lazar Grunsfeld Elnadav LLP<br>1795 Coney Island Ave., Suite 200<br>Brooklyn, NY 11230 | Attorney for Defendant |
| Albert Shayek, Registered Agent for<br>Bed Bath N More Inc.<br>2070 East 21st Street<br>Brooklyn, NY 11229 | Defendant |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed this 29th day of June 2020, at Irvine, California.

/S/   Kathleen Higuera
Kathleen Higuera

dismissal.not.docx                                        Notice of Dismissal